427 P.2d 137

**STATE of Arizona ex rel. Robert K. COR-BIN, County Attorney for Maricopa County, Petitioner,**

**v.**

**The Honorable Porter MURRY, Judge of the Superior Court of the State of Arizona in and for the County of Greenlee, presiding at the Maricopa County Superior Court, State of Arizona, as a committing magistrate, E. J. Kane, real party in interest, Respondents.**

**No. 8844.**

Supreme Court of Arizona.

In Banc.

April 20, 1967.

Original proceeding in mandamus.

Robert K. Corbin, County Atty., Phoenix, Robert A. Hertzberg, Deputy County Atty., for petitioner.

Lewis, Roca, Scoville, Beauchamp & Linton, and James Moeller, Phoenix, for E. J. Kane, real party in interest.

STRUCKMEYER, Justice.

This is a companion case to State ex rel. Corbin v. Murry, 102 Ariz. 184, 427 P.2d 135, decided this day. The issues raised are identical and the decision there controls the

disposition of this cause. It is ordered the alternative writ of mandamus heretofore issued be made permanent.

BERNSTEIN, C. J., McFARLAND, V. C. J., and UDALL and LOCKWOOD, JJ., concur.